■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEIGH ALLEYNE, Also Known as LEE ALEYNE, Appellant. [630 NYS2d 942] —Appeal by the defendant from a judgment of the County Court, Nassau County (Seybert, J.), rendered December 22, 1993, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the indictment contained duplicitous counts is without merit, as the challenged count, criminal sale of a controlled substance in the third degree, referred solely to the single sale of crack cocaine to the purchaser *(see,* CPL 200.30).

The issue of the legal sufficiency of the evidence has not been preserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Balletta, Pizzuto and Hart, JJ., concur.